Adam P. Segal, Esq.
Nevada Bar No. 6120
Bryce C. Loveland, Esq.
Nevada Bar No. 10132
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone: (702) 382-2101
Facsimile:  (702) 382-8135

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE TEAMSTERS LOCAL 631 SECURITY FUND FOR SOUTHERN NEVADA; TRUSTEES OF THE TEAMSTERS CONVENTION INDUSTRY TRAINING FUND<br><br>Plaintiffs,<br><br>vs.<br><br>TRADE SHOW SPECIALISTS CORP., a Nevada corporation,<br><br>Defendant. | Case No.  2:12-cv-01548-MMD-GWF<br><br>**STIPULATED/CONSENT JUDGMENT** |

Trade Show Specialists Corp. ("Employer"), hereby stipulates and consents to entry of judgment in favor of Plaintiffs, Trustees of the Teamsters Local 631 Security Fund for Southern Nevada and Trustees of the Teamsters Convention Industry Training Fund (collectively "Trust Funds"), and against Employer in the total sum of $132,597 for delinquent employee benefit contributions, liquidated damages, interest, and attorney's fees and costs.

The parties have stipulated, and therefore the Court finds:

1. Employer is signatory to and bound by the terms of a collective bargaining agreement ("CBA") with the International Brotherhood of Teamsters Local Union No. 631 ("Union"), in which Employer agreed to abide by the trust agreements establishing the respective Trust Funds and any amendments thereto ("Trust Agreements").

2. Under the CBA and the Trust Agreements, Employer is obligated to pay employee benefit contributions to the Trust Funds on behalf of Employer's bargaining unit employees represented by the Union.

3. Based on a contract compliance review ("Audit") for the period of March 2006 through December 2010, Employer owes the Trust Funds delinquent employee benefit contributions and resulting ancillary costs described in the next paragraph.

4. Employer owes the Trust Funds $50,371 in unpaid employee benefit contributions, past interest of $37,828 (through Feb. 29, 2012), liquidated damages of $37,828, and past attorney's fees of $1,570, for a total of $127,597.

5. In addition, in the event this judgment must be executed, the Trust Funds will incur additional fees and costs determined by the parties to be at least $5,000, which are therefore included herein.

6. This Stipulated/Confessed Judgment is entered into by and between Employer and the Trust Funds for employee benefit contributions and related interest, costs and liquidated damages owed to the Trust Funds by Employer pursuant the Employee Retirement Income Security Act of 1974.

March 7, 2012.

BROWNSTEIN HYATT FARBER
SCHRECK, LLP

_____
Adam P. Segal, Esq.
Nevada Bar No. 6120
Bryce C. Loveland, Esq.
Nevada Bar No. 10132
100 N. City Parkway, Suite 1600
Las Vegas, Nevada 89106
Telephone: (702) 382-2101
Facsimile: (702) 382-8135

Attorneys for Plaintiffs

March 7, 2012.

TRADESHOW SPECIALISTS CORP.

_____
NAME Glenn Levy
TITLE President
Address
5845 Wynn Road
Las Vegas, NV 89118
Telephone: 702-758-9868
Facsimile: 702-798-9878

## JUDGMENT

Judgment is hereby entered against Employer and in favor of the Trust Funds in the amount of $132,597.

Dated this 15th day of October, 2012.

_____
Miranda M. Du
UNITED STATES DISTRICT JUDGE