Adam P. Segal, Esq.
Nevada Bar No. 6120
Bryce C. Loveland, Esq.
Nevada Bar No. 10132
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone:  (702) 382-2101
Facsimile:    (702) 382-8135
Email: asegal@bhfs.com
Email: bcloveland@bhfs.com

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TRUSTEES OF THE TEAMSTERS LOCAL 631 SECURITY FUND FOR SOUTHERN NEVADA; TRUSTEES OF THE TEAMSTERS CONVENTION INDUSTRY TRAINING FUND,<br><br>Plaintiffs,<br><br>vs.<br><br>TRADE SHOW SPECIALISTS CORP., a Nevada corporation,<br><br>Defendant. | Case No. 2:12-cv-01548-MMD-GWF<br><br>**ORDER FOR JUDGMENT DEBTOR EXAMINATION OF TRADE SHOW SPECIALISTS CORP.** |

The Court, having reviewed the Motion for Judgment Debtor Examination of Trade Show Specialists Corp. ("Trade Show"), submitted by the Plaintiffs, Trustees of the Teamsters Local 631 Security Fund for Southern Nevada and Trustees of the Teamsters Convention Industry Training Fund (collectively referred to as the "Trust Funds"), and good cause appearing:

IT IS HEREBY ORDERED, that the person most knowledgeable of Trade Show shall appear at the office of Brownstein Hyatt Farber Schreck, LLP, located at 100 North City Parkway, Suite 1600, Las Vegas, Nevada 89106 on December 10, 2012, at 10:00 a.m. for a judgment debtor examination regarding Trade Show's property and assets.

IT IS FURTHER ORDERED, that Trade Show shall produce to the Trust Funds' counsel at 100 North City Parkway, Suite 1600, Las Vegas, Nevada 89106, one (1) week prior to the examination, the following documents:

1. Any and all documents evidencing the current ownership of Trade Show's stock, including the name and address of such owners;

2. Any and all documents regarding real property currently owned by Trade Show, including but not limited to location, value, mortgage, mortgage payments, liens, or the like regarding such real property;

3. A complete current inventory list of assets owned by Trade Show, including but not limited to, office equipment, vehicles, and accounts receivable;

4. The last twelve (12) statements for each and every one of Trade Show's bank accounts in existence during such twelve (12) months, without regard to whether such account remains open;

5. Any and all documents regarding real property disposed of by Trade Show in the last five (5) years;

6. Copies of all existing contracts under which Trade Show is (a) currently performing work, (b) has completed work but is owed payment of any amount, or (c) will commence work in the future; and

///
///
///
///
///
///
///

7. Any and all documents evidencing for whom Trade Show has performed work in the past two (2) years, and all records showing the number of hours worked by Trade Show's employees in the past two years, and on what projects all such work was performed.

DATED this 8th day of November, 2012.

*George Foley Jr.*
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE

Submitted by:

BROWNSTEIN HYATT FARBER SCHRECK, LLP

/s/ Bryce C. Loveland
Adam P. Segal, Esq.
Nevada Bar No. 6120
Bryce C. Loveland, Esq.
Nevada Bar No. 10132
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone: (702) 382-2101
Facsimile: (702) 382-8135

Attorneys for Plaintiffs